FRANKLIN WARREN, *Respondent, v.* JOHN CHADWICK, *Appellant.* — Judgment affimed, unless the defendant within ten days after service of the order to be entered herein, deposits the promissory

note mentioned in the opinion with the clerk of Niagara county to be delivered to the plaintiff; if such deposit is made, the judgment reversed and new trial ordered before another referee, costs to abide event, unless the plaintiff stipulates to reduce the judgment by deducting from it the sum of seventy-five dollars, in which case the judgment as so reduced is affirmed, without costs of this appeal to either party. Opinion by Smith, P. J., and Hardin, J.